This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**A-QUALITY AUTO SALES, INC., FELICIA RICHESIN and SHAWN RICHESIN, Individually and as Owners and Principals of A-Quality Auto Sales, Inc.,**

Plaintiffs-Appellants,

**v.**                                                    No. A-1-CA-36929

**RNS AUTO SERVICES, LLC; SAM MONTOYA, Individually and as Owner and Principal of RNS Auto Services, LLC; REINA MONTOYA, Individually and as Owner and Principal of RNS Auto Services, LLC; MIKE KOTA; JANET ORTEGA and SHANE ORTEGA; INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB (d/b/a AAA NEW MEXICO, LLC); FEDERATED MUTUAL INSURANCE COMPANY; MATT HERRERA; and JOHN DOES I-X,**

Defendants,

and

**TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Francis J. Mathew, District Judge**

Law Office of Geoffrey R. Romero
Geoffrey R. Romero
Albuquerque, NM

Sapien Law LLC
Joseph A. Sapien
Albuquerque, NM

for Appellants

Modrall Sperling Roehl Harris & Sisk PA
Jennifer Anne Noya
Luke Holmen
Albuquerque, NM

for Appellee

## MEMORANDUM OPINION

**HANISEE, Judge.**

{1}     Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has been filed and the time for doing so has expired. **DISMISSED**.

{9}     **IT IS SO ORDERED.**

_____
**J. MILES HANISEE, Judge**

2

**WE CONCUR:**

_____
**MICHAEL E. VIGIL, Judge**

_____
**JULIE J. VARGAS, Judge**